UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LEE KAHN, et al., | ) | CASE NO. 1:06CV2225 |
| Plaintiffs, | ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) | |
| KIM SHIVERDECKER, | ) | ORDER |
| Defendant. | ) | |

The Court has been advised this action has settled. Therefore, it is not necessary the action remain on the calendar of the Court.

IT IS ORDERED this action is closed. It shall be marked settled and dismissed, with prejudice, each party to bear its own costs. The Court shall retain jurisdiction to (1) vacate this Order and reopen the action upon cause shown that settlement has not been completed and further litigation is necessary or (2) alter the terms of settlement and dismissal upon agreement of the parties.

IT IS SO ORDERED.

8/8/07
Date

CHRISTOPHER A. BOYKO
United States District Judge

FILED
AUG 9 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND